**No. 65391.**—Ross Products, Inc. *v.* United States, protests 60/25910 and 60/25911 (New York).

Opinion by OLIVER, C. J.  In accordance with stipulation of counsel that the merchandise marked "D" consists of dice the same in all material respects as those the subject of .Abstract 64186, the first claim of the plaintiff was sustained.  The items marked "A," stipulated to consists of dish mops similar to those the subject of Abstract 64603, were held dutiable, as claimed, at 20 percent under paragraph 923, as modified, *supra*.